Good morning, thank you for your support. I'm David Greene, I'm a resident of New York City, and I'll be talking to you in about 5 minutes about the bill. This case is a list of federal immigration law. It is a state law of crime that does not depend on the effectiveness of lawful passes in the United States. Immigration centers are eligible to work. More by the way, it's required to be brought against the Federal Employment Verification System. The only action necessary to validate Arizona's identity theft laws is taking another person's identity for the purpose of obtaining or continuing employment, and regulating behavior of that person falls squarely within what the Supreme Court calls the vast powers of the restricted states of the United States. In other words, approving the reaction requires a clear and unbiased purpose by the United States Congress to pass state law in this area. The other side does not need a bill to identify federal statutes. I'll be showing you how to convince that kind of intention, but to the contrary, everything points to the opposite direction. The best place to start with that may be the IRS and itself. In Section 1324A-B-5, which is nothing more than the first of the ten acts to identify information that is posted across the country, the U.S. Congress has included the use of I-I-N-S as an asset for prosecutions of crimes, particularly in radio-affected statutes. This is very imminent in its first provision of provision, as the Court has kept hold of these key excuse-preserving degrees where Congress is specific about the degree that it intends to preempt. That sort of specificity demonstrates that it does not intend to preempt them beyond bad news. So, if you are writing lines in these cases that appear as though they were extremely exotic or somewhat provocative, and in fact, at times, the only evidence was the underlying, those things would have to be dismissed. And the Court, of course, is going to highlight exactly that. It's going to say that there may be dismissed or the evidence may have to be re-disciplined to further assist in prosecution, which might result in them being compelled to require the prosecution to meet the unnecessary requirements of the IRS to preempt them. Yes, that's a good point. Because, in words of speaking, especially in the United States, we tend to think, in terms of 2485 and the subdivision rule, more than, you know, the substance of the provision. And that's what the Court's decided to do. So, we see that there may be a discipline. So, we tend not to use the Supreme Court as a discipline or a statute. And, of course, some of the parts of that claim that depend on the underlying and have to be dismissed, we're going to support that. We're going to support it. I can support it. I don't support it. I'm not going to support it. I'm going to support it. And so, the Court, again, is going to find out where the discipline or the discipline may be true. Because using just the other 999 documents, we're going to be requiring that, okay, we've got a discipline. So, we're going to have the discipline in the United States. Discipline in New York. Discipline in New York. Discipline in New York. And, of course, we're going to have the disciplinary statute in New York. First of all, I think that's an incorrect factual statement. I don't disagree with you on that. At least, I've seen it in New York. Everyone agrees that it's in New York. But I think this is an excessively simple error that Congress needs to learn. It says that there's no evidence of any other purpose. Well, that's true, because 3402 of the 999 representative here, which is the next line, and it starts with this New Jersey border state. It actually speaks to the part of New York that defines the means of independence, and it explains New Jersey as the home of the nation. It no longer reduces the use of these communities. There is a new system. It's a law that's going to make these constituencies independent of each other. So, I think it's a simple error. I think it's a mistake. I think it's a mistake. I think the purpose behind that statute has always been the New Jersey borders and it was primarily about those border states. It's been used in military use. You can find also most of these comments on your document. The independence of the New Jersey federal laws is really a very small part of that. It's a process. I mean, in order to determine what the limits of some of these things are, while that's a norm, it's a measure, I think, it increases the frequency of the subjects. There's other things that we're talking about, but I don't think there's anything that can help to clarify why that's the case. I don't think there's a special rule for keeping the intent of Congress in the face of a statute. That's what I think. If there's any further building necessary, it includes all of the structures of the Federal Act and the legislative system, the Federal Act, and their by-and-by uses of Congress' interpretations. But none of these cases, and this is not one single case, but all of the ones that pertain to some statutes, and those cited in some of these cases, one of those is the legislative system, the purpose of keeping the intent in the sense that we use that. And that sometimes fits within the purpose of the facts. And by the facts, I mean the very reasonable thing is, is this really a consequence of the law? So if you look at the effects of the civil law, that's certainly fine for housing, grants, and purposes. But when it comes to creating the intention of the U.S. Congress, which is the text of whatever it is, okay, it's the only thing that does create it, I think that is one of the things that we just need to figure out. Yeah. Okay. Right, right. Okay. Okay. Okay. Okay. And that's interesting. Yesterday confirms that Congress urged these states to come to a resolution. Congress urged states to continue cooperating with the public and amending these prosecutions. That shows that Congress intended for these laws to continue existing. Okay, in all of this, I don't need to say that Congress did actually intend that civil law remain in place. It just so happens to be a list of Congress's reforms. That's all I need to say. Okay, any other comments? Okay. I just want to say quickly that I'm glad that I asked your questions. I don't know how many of you are listening to this. I don't know how many of you know, but I think six or six years is a long time. People are starting to know, and there are a whole bunch of courts really trying to know what it means for a person to clause that a person's employment in Arizona is using false and inappropriate forms of sexual assaults in order to avoid not getting a criminal record saying that that will be in the civil law required, same for a security guard, and standing in the field. I certainly think there are some of the statements that could be important. Susan, there is a saying now, and I'm sure a lot of us can agree with that statement. Okay. I'm speaking to the facts of the case. I'm not in a position to give specific answers. If you will, always speak to the facts of the case. I think there is a lot of uncertainty as a result of the court and as a result of the conventional court. You said, for instance, you have a law student who has been suffering under the influence of pornography, so Susan is going to be prepared to recover. Is there anything that you're going to do about it? I think in the case of me, we prosecuted under the general exclusion, but one of the reasons for which this part of the law student's case is to foreclose the defense, based on the idea that employment is not actually an unlawful purpose. This is a denigrating, or you could even think of it as an unlawful purpose. So, I argue, in some way, the state added this vision, this court's adherence to employment as a philosophy defense against unlawful purposes. So, to avoid that, I think it is important to have this vision on the bill, so that when you look at the sidewalks, you can see that in every case that we've prosecuted, under the child protection, that the blue statement, based on the introduction of the labor court, would not provide any reassurance to the court on this distribution of disability. Excuse me, the question for you, David, is that, by the time I'm done, I want to be in court when you're age 16, you've already been here 16, and you're facing the very same children and patients that are identified in your constitution, and you can't say that they already have their children. Yes, I think that's, that's certainly the, the way to resolve this case, is to see that there are certainly some, that often use some confusing reasoning, for them to be a debrief, and for the citizens of California to be prosecuted, under these statutes, those people certainly, obviously, this was, you know, the prosecution's process. So, that's, that's very important, and, to return briefly to, to some of the other indications of the other courts that have started to come out this morning, the Georgia Supreme Court has, upheld their opinion, that statute 26, states, it expresses unemployment, as a, as a basis, against, against abuse and challenge, and we, as a state, we actually think, that this would be a part of some of the, that's, the 362P3 constitutions, explicitly reasoning on this one, that, that statute, originally, states, just simply, that obviously, as, as a world order, as a, as a normal, and, continent, the statute, has always, has always, as a national character, as soon as they were first implemented, remains on the books, to the meeting of the federal government, to the statute, includes a, a federal grade convention on the city code, in rights of those of the authoritative, does after, and, if she records it, in the superstition of state constitution. Thank you so much. Thank you. Ok. Go on. Good. key, to be clear, it's not confirmed whether, the statute exists and it's only burdens to say, on United States constituency council, unless of course, the terms of the Constitution, are entirely social, it's not a guarantee of any type, satisfied message, it's what we're hearing, the other parties say, if it's possible for, those low respect for nature, to be taken under consideration, but I gotta go, if there is very interesting content, you're welcome to watch, But the, morning discipline council, wants to ask you about the language act, and what's the case of the, Despite the current plans, for the country, in case there's all, yet another attempt, to take a bearing on it, immigration matters, out of the hands, of the federal government, and puts it in the hands, of local authorities, like the ones, that are going to be, in the sheriff's charge, all over the state, in the future. Yes, the Supreme Court, has been clear, as applied to, the whole cycle, of the cases, in the state of Michigan, in the beginning, according to the statute, the possibility of substitution, is not the same, as in some instances, with federal powers, in the case, of course, do you think, that the use, of some of the cited, in the beginning, of the case, would be appropriate, in the future? Well, we have definitely, seen the possibility, for other purposes, over time, there's a law, for HB 2779, and HB 2745, section one, that was built, out, in this new provision, which is the only, commission of 25, teachers and employers, here, which right now, is, which should not be, overturned by this court, except for, for abuse of discretion. So, these claims, of the child, or the teenage, care worker, those that are used, to the community, that are put, in their own, use, of the community, to do their job, in terms of, the future, diversity? Well, these laws, were presented, from the very moment, they were passed, and, they were presented, by the state lawmakers, motivation, to punish, undocumented workers, who were committing, acts, within the federal, application system, created, by the federal, government. Now, the fact is, that, the station, presented, three applications, to the commission, that were, subject, to judicial, order. These, are now, going to, submit, to Congress, and, the, three, and, state, application, decisions, about the, undocumented, undocumented people.  you can see, that these three states. So, we have, to work with, the modification, of the Congress functions, for students, and more, generally, included, the immigration bill. Specifically here, from the, justice service verification system. affirmative justice? With another criminal number? because, it certainly, makes it hard to, see what the, to the agency, in general, are trying to do. Well, we've seen, most of the actions, in North Carolina, related to, justice legislation, that, shows the Congress, specifically, considering, the possibility, of a rise, in crime, in response to, the immigration system. The problem, is this identity, that just, passes, early on, in America. And, it seems to me, that it, seems to be, a crime, that requires, the treatment, of some folks, to be handled, with, a certain, degree, of, care, and supervision.  I think, that's a, a, a good question, and, I think it's something, that we should, certainly,   we'll have to, have a, a, a, a, a, a, we'll have to, have a, a, a, a, discussion, on a daily basis, in terms of, the, all the important, questions and answers,  we, need, to, beginning with you, the building, Hope, Courthouse, and the Department, initial, information, update, us, there, to, understand, the, needs of the, community, and to, implement, expectations, of the, builder. I think the biggest, and stubborn, impulse, that we do want is, to, be, in, Connecticut, by state, where, it stands, in recent, history, of the Congress, and, Congress, expressing, entire, needs, of, the, entire, state, with, encouraging, and, leading, these, alternative, needs, in, their, community, and, world. So, the, field, economy, occupancy, specifically, the use, of, the, air, flights, transit, and, and, transport, and, data, doesn't, require, the, needs, to be, the, it seems it requires, at least, some, some, consistency, to bring, these, experience, or, openness, to the citizens. In, confining these, two specific, conditions, to the, issues that are in, federal, search, and, logistics, that can build, into, the purpose, motivating, some, diplomatic, or, diplomatic, laws, and, some of the, innovative, steps, and, if you have to, imagine, a law, that, for, two specific, conditions, or, constraints, or, scenarios. Yeah, and, I know that, this question, would have to, have to be, elaborated, to, to, others, in, the, assembly, case. A lot of them, wrote that. So, some people are agreeing, that they can, actually, provision this, because, instead of using, a law, that should, there, be applied, and, introduced, specifically, complex, et cetera, law. And, we're just never able to get, like, in the next, like, like, in a non-constitutional, application, it's actually, a free space, complex, with, provisions, and, and, then, please listen to us, and, see that. If, for example, you were, going to have, this specific, law, in regards, to the use, of, anything, like, any inhibitants, on canvas, that, that are, that, are possibly required, maybe, to be used, whereas, we don't want, that. Well, these two provisions, consist, of several non-continuing, rights. First of all, they, impose inconsistent, judicial penalties, of type, 7C, and second, they defend, federal authority, but that discretion, has been, has been, condemned, by Congress, under the motto, increases American, health care, and education. That's the value, of these two, totally, out of line, with the, priorities, that, that would be, taken into account, when, when, federal prosecutors, and prosecutors, are going, to actually, solve, these issues, and, you know, the Congress, is, approving,              of continuing, their respect, of redistricting, into these, country, lands. And so, the Congress is going, to need to, act by the seal, of the, medical institution system, to 4heas 4heas, and healthcare, and education. coefficient, and, healthcare,  education. And so,          a, p p p p p p p p d d  Now, m pa p include t a p p p p p p d d d d d d d d d v v    v v v v g
judges: Silverman, Tallman, Lasnik